## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Troy Lee Cockerham, Jr. | ) | **Motion and Notice** |
| Alida Jantina Cockerham | ) | **Chapter 13** |
| | ) | |
| | ) | No.: B-10-81228 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On November 3, 2010, the Debtors' Plan was confirmed. The Confirmation Order provided that the claim in favor of SLM Financial would be allowed as secured on a 2005 Bayliner Boat, motor and trailer ("the boat"), up to the value of $15,470.00 with interest at the rate of 5.25% per annum, and the balance would be unsecured when said claim was timely and properly filed. The bar date for creditors to file claims in this case was November 18, 2010. On February 24, 2011, the Standing Trustee received a proof of claim in favor of SLM Financial in the amount of $28,576.24 secured by the Debtors' boat.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing SLM Financial a secured claim in the amount of $15,470.00 with interest at the rate of 5.25% per annum payable in monthly installments of $297.35 and the balance of the claim in the amount of $13,106.24 shall be disallowed as not timely filed.

| | |
|---|---|
| Date: March 8, 2011 | s/Richard M. Hutson, II |
| ltp | Standing Trustee |

--------------------------------------------------------------------------------

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before April 18, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on May 5, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

| | |
|---|---|
| Date: March 8, 2011 | OFFICE OF THE CLERK |
| | U.S. Bankruptcy Court |

Troy Lee Cockerham, Jr.
Alida Jantina Cockerham
901 Delray Street
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

SLM Financial Corp.
Attn: Managing Agent
300 Continental Drive, 2 South
Newark, DE 19713