C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re: Troy Lee Cockerham, Jr.       )
      Alida Jantina Cockerham       )
                                    )
                                  )      No.: B-10-81228 C13D
                                    )
                    Debtor(s)    )

## **ORDER**

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to allow SLM Financial a secured claim in the amount of $15,470.00 with interest at the rate of 5.25% per annum payable in monthly installments of $297.35 and the balance of the claim in the amount of $13,106.24 is disallowed and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 8, 2011 by the Clerk of Court setting April 18, 2011 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is ORDERED

      1. SLM Financial is allowed a secured claim in the amount of $15,470.00 with interest at the rate of 5.25% per annum and payable in monthly installments of $297.35.

      2. The balance of the claim of SLM Financial in the amount of $13,106.24 is disallowed as untimely filed.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-81228 C13D**

Troy Lee Cockerham, Jr.
Alida Jantina Cockerham
901 Delray Street
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

SLM Financial Corp.
Attn: Managing Agent
300 Continental Drive, 2 South
Newark, DE 19713